Irving Greenfield, Plaintiff-Appellant and Cross-Appellee, and Benjamin F. Haas et al., Intervenors-Appellants and Cross-Appellees, v. 5222 Harper Avenue Building Corporation et al., Defendants-Appellees and Cross-Appellants.

Gen. No. 45,840.

Bernard Yedor, for plaintiff-appellant, and Alster & Wald, for intervenors-appellants; Theodore E. Rein, of counsel; Alfred Newton, and Charles Leviton & Jerome H. Leviton, for appellees and cross-appellants. Opinion by Presiding Justice Feinberg. Not to be published in full. Opinion filed October 28, 1953; released for publication November 18, 1953.